1   Steven J. Goon (State Bar No. 171993)
    sgoon@rutan.com
2   Sarah Gilmartin (State Bar No. 324665)
    sgilmartin@rutan.com
3   RUTAN & TUCKER, LLP
    18575 Jamboree Road, 9th Floor
4   Irvine, CA  92612
    Telephone:   714-641-5100
5   Facsimile:   714-546-9035

6   Attorneys for Plaintiff
    K&N ENGINEERING, INC.

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11  K&N ENGINEERING, INC., a          Case No.
    California corporation,
12                                    Judge:
              Plaintiff,
13                                    **COMPLAINT FOR:**
         v.
14                                    **(1) TRADEMARK INFRINGEMENT
    KT PERFORMANCE, INC., a Florida        [15 U.S.C. § 1114(1)];**
15  corporation, and DOES 1 through 10,
    inclusive,                        **(2) COPYRIGHT INFRINGEMENT
16                                         [17 U.S.C. § 101];**
              Defendants.
17                                    **(3) FALSE DESIGNATION OF
                                           ORIGIN [15 U.S.C. § 1125(a)];
18                                         AND**

19                                    **(4) COMMON LAW UNFAIR
                                           COMPETITION AND
20                                         TRADEMARK INFRINGEMENT**

21                                    **DEMAND FOR A JURY TRIAL**

22

23       Plaintiff K&N Engineering, Inc. ("Plaintiff" or "K&N") alleges as follows:

24                   **<u>PRELIMINARY STATEMENT</u>**

25       1.      This is an action involving claims of trademark infringement, unfair

26  competition, false designation of origin, and copyright infringement based on

27  Defendants' unauthorized copying of K&N's distinctive website and trademarks.

28  Defendants, without authorization, are selling automotive components by copying

proprietary images and text published by K&N on its website, as well as K&N's registered trademarks, and selling these components online as though they originate from K&N, thereby infringing K&N's intellectual property rights, creating consumer confusion, and unfairly competing through unlawful conduct.

2.      K&N brings this action to ensure that the public is not confused, deceived or misled into purchasing Defendants' goods while thinking that they are affiliated with, endorsed by, or sponsored by K&N, and to enjoin Defendants from further acts of infringement and unfair competition.  K&N therefore seeks monetary damages and injunctive relief to protect its valuable intellectual property.

## **PARTIES**

3.      Plaintiff K&N Engineering, Inc. ("K&N") is a California corporation with a place of business at 1455 Citrus St., Riverside, California 92507.

4.      On information and belief, defendant KT Performance, Inc. ("KT Performance") is a Florida corporation with a place of business at 1502 Max Hooks Road, Suite D, Groveland, Florida 34736.

5.      On information and belief, KT Performance has sold and intends to sell automobile parts to consumers residing in this judicial district.  Further on information and belief, KT Performance operates interactive websites at https://ktperformance.net/ and https://ktinstockautoparts.com/ (together, the "KT Performance Websites") through which it advertises and sells products and services to consumers residing in this judicial district.

6.      On information and belief, K&N alleges that each of the defendants named herein as Does 1 through 10, inclusive, performed, participated in, or abetted in some manner, the acts alleged herein, proximately caused the damages alleged below, and are liable to K&N for the damages and relief sought herein.

7.      On information and belief, K&N alleges that, in performing the acts and omissions alleged herein, and at all times relevant hereto, each of the defendants was the agent and employee of each of the other defendants and was at all times

Rutan & Tucker, LLP
attorneys at law

1  acting within the course and scope of such agency and employment with the
2  knowledge and approval of each of the other defendants.

3      8.      The identities of the individuals and entities named as Doe defendants
4  herein are not presently known, but K&N will seek to amend the Complaint to
5  properly identify them when their proper names have been ascertained.

6                           **JURISDICTION AND VENUE**

7      9.      This action arises under the Lanham Act, 15 U.S.C. sections 1114 and
8  1125, *et seq*.; the Copyright Act of 1976, as amended, 17 U.S.C. § 101, *et seq*.; and
9  under statutory and common law of unfair competition.  This Court has jurisdiction
10 under 28 U.S.C. §§ 1331 and 1338(a) and (b), and § 1367, 15 U.S.C. § 1121, and 17
11 U.S.C. § 101, *et. seq*.

12     10.     This Court also has jurisdiction under 28 U.S.C. § 1332 because K&N
13 and Defendants are citizens of different states, and the matter in controversy exceeds
14 $75,000, exclusive of interest and costs.

15     11.     This Court has personal jurisdiction over Defendants because, on
16 information and belief, Defendants have advertised and sold automotive components
17 to consumers residing in this judicial district, including via the interactive KT
18 Performance Websites, thereby invoking the benefits and protections of the laws of
19 this judicial district.

20     12.     On information and belief, Defendants have purposefully directed
21 business activities toward consumers residing in this judicial district, including
22 without limitation by entering into sales contracts with residents of this judicial
23 district, directing online advertising toward residents of this judicial district, and
24 calculating and collecting California sales tax on sales to residents of this judicial
25 district.

26     13.     For certain products, the KT Performance Websites feature warnings
27 directed to California residents, which link to a website operated by the California
28 Office of Environmental Health Hazard Assessment (OEHHA), as shown below:

1

2

3
⚠ California Residents: Prop 65 Warning
**WARNING: Cancer and Reproductive Harm**
Visit: www.p65warnings.ca.gov

4

5  *See, e.g.*, https://ktperformance.net/i-8590822-kn-harley-davidson-street-metal-high-

6  flow-air-intake-system.html.

7        14.    Via one website, KT Performance operates an interactive service called

8  "Readers Rides," which is described as: "a car enthusiast community featuring

9  member's vehicles & parts.  Readers Rides allows visitors to upload and share their

10  vehicles, parts, and customizations on our site.  Members can post images, content,

11  and references to parts in our catalog that they either want to add to their car or

12  already own."  Individuals residing in California participate in that interactive

13  community, as shown below:

14

15

16

**Mark; Lake Almanor, California**
2 photos

2006 Ford 6.0L Power Stroke with Banks Intercooler, EGR Delete, Head Studs, 190cc Injectors, Air Intake, SCT (w/custom tunes), and 4" Turbo Back Exhaust (w/cat delete).

17

18  *See* https://ktperformance.net/g-2738-customer-rides.html.

19        15.    The Terms of Use for "Readers Rides" expressly references California

20  law, as shown below:

21

22

23

24

25
You hereby release KT Performance and each of the KT Performance Representatives, and their respective subsidiaries, affiliates, successors, predecessors, assigns, heirs, service providers and suppliers, from all claims, demands and damages of every kind and nature, known and unknown, direct and indirect, suspected and unsuspected, disclosed and undisclosed, arising out of or in any way related to Reader's Rides or content accessed through Reader's Rides, or any interactions with others arising out of or related to Reader's Rides or content accessed through Reader's Rides, and you expressly waive the provisions of California Civil Code Section 1542 (and any similar laws in other jurisdictions), which provides: "A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which, if known by him must have materially affected his settlement with the debtor."

26  *See* https://ktperformance.net/rt-2748-readers-rides-terms-of-use.html.

27        16.    KT Performance offers free shipping to California "on all non-LTL

28  orders over $100 for retail customers."  *See* https://ktperformance.net/ft-2017-

1  shipping-returns.html.

2    17.    By engaging in the activities set forth herein, KT Performance has

3  purposefully availed itself of the privilege of conducting activities in this forum,

4  thereby invoking the benefits and protections of the laws of the State of California,

5  and of this judicial district in particular.

6    18.    Venue is proper in the Central District of California under 28 U.S.C. §

7  1391(b) and (c) because a substantial part of the events, omissions and acts that are

8  the subject matter of this action occurred within the Central District of California

9  and Defendants are subject to personal jurisdiction and may be found in this district.

10  **FACTUAL ALLEGATIONS**

11  **I.    Background**

12    19.    Since its founding in 1964, K&N has been a manufacturer and seller of

13  automotive components such as air filters, cold air intake systems, oil filters,

14  performance parts, and other related products.  These products are sold under

15  K&N's well-known brand name and trademarks.

16    20.    K&N sells its products via its website, https://www.knfilters.com/ (the

17  "K&N Website"), and via its authorized resellers.  All potential authorized resellers

18  must apply to K&N for the opportunity to resell K&N products.  Once selected, the

19  authorized resellers are required to execute a Dealer Agreement whereby they agree

20  to promote and sell K&N products in a certain manner for the purpose of upholding

21  the K&N brand image.  The Dealer Agreement also limits the authorized resellers to

22  selling K&N products to end users.

23    21.    K&N uses its own proprietary product images and text for the purpose

24  of advertising and selling its automotive components.  These images are accessible

25  to the public on the K&N Website.

26  **II.    K&N's Trademarks**

27    22.    Since at least as early as October 1971, and long before the acts of

28  Defendants alleged herein, K&N has continuously and prominently used its "K&N"

Rutan & Tucker, LLP
attorneys at law

trademarks in connection with automotive components and similar goods to denote the source of its high quality products and services (the "K&N Marks").

23.    K&N owns several federal trademark registrations on the United States Patent and Trademark Office's ("USPTO") Principal Register, including for the following goods and services (collectively, the "K&N Registrations"):

| Mark | Goods | Reg. No. | Reg. Date |
|---|---|---|---|
|  | Class 3: Air filter cleaner and degreaser<br><br>Class 4: Air filter oil and grease<br><br>Class 7: Air filtration systems for stationary engines, namely, air cleaner assemblies; pre-cleaner air filter assemblies; air cleaner vent breather assemblies; air filter replacement elements; air cleaner to carburetor adaptors; air cleaner and valve cover vent tube adaptor kits comprised of vent tube, screws, nuts and gasket; carburetor plenum chambers<br><br>Class 11: Parts and accessories for ventilating equipment, namely, air filter pads, air cleaner assemblies, pre-cleaner air filter assemblies and air filter replacement elements for industrial air filtering units and air conditioning units<br><br>Class 12: Parts and accessories for land and marine vehicles and aircraft, namely, air cleaner assemblies; replacement parts for air cleaner assemblies; air | 1,536,024 | Apr. 25, 1989 |

| Mark | Goods | Reg. No. | Reg. Date |
|------|-------|----------|-----------|
| | cleaner/flame arrestor assemblies; pre-cleaner air filter assemblies; air cleaner vent breather assemblies; air filter replacement elements; air cleaner to carburetor adaptors; air cleaner and valve cover vent tube adaptor kits comprised of vent tube, screws, nuts and gasket; carburetor plenum chambers; carburetor velocity stacks; carburetor recalibration kits comprised of air filters, jets, needles, clips, washers, springs, screws and drills; fuel filters; fuel line "t" junctions; brake shoes and disc brake pads; handlebars; handlebar crossbar pads; handlebar hand grips; handlebar end buttons<br><br>Class 16: Printed matter, namely, automotive, motorcycle and marine equipment catalogs; decals<br><br>Class 25: T-shirts, hats and jackets | | |
|  | Class 3:  Air filter cleaner and degreaser<br><br>Class 4: Air filter oil and grease<br><br>Class 7: Air filtration systems for stationary engines, namely, air cleaner assemblies - pre-cleaner air filter assemblies; air cleaner | 2,581,371 | June 18, 2002 |

| Mark | Goods | Reg. No. | Reg. Date |
|---|---|---|---|
|  | vent breather assemblies; air filter replacement elements; air cleaner to carburetor adaptors; air cleaner and valve cover vent tube adaptor kits comprised of vent tube, screws, nuts and gasket; carburetor plenum chambers<br><br>Class 11: Parts and accessories for ventilating equipment, namely, air filter pads, air cleaner assemblies, pre-cleaner air filter assemblies and air filter replacement elements for industrial air filtering units and air conditioning units<br><br>Class 12: Parts and accessories for land and marine vehicles and aircraft, namely, air cleaner assemblies - replacement parts for air cleaner assemblies; air cleaner/flame arrestor assemblies; pre-cleaner air filter assemblies; air cleaner vent breather assemblies; air filter replacement elements; air cleaner to carburetor adaptors; air cleaner and valve cover vent tube adaptor kits comprised of vent tube, screws, nuts and gasket; carburetor velocity stacks; carburetor recalibration kits comprised of air filters, jets, needles, clips washers, springs, screws and drills; fuel filters; fuel |  |  |

| Mark | Goods | Reg. No. | Reg. Date |
|------|-------|----------|-----------|
| | line "t" junctions;[ brake shoes and disc brake pads; handlebars; handlebar crossbar pads; handlebar hand grips; handlebar end buttons ]<br><br>Class 16: Printed matter, namely, automotive, motorcycle and marine equipment catalogs; decals<br><br>Class 20: Banners made of plastic composition material - [ plastic number plates and vinyl stick-on numbers for identification of racing motorcycles and automobiles ]<br><br>Class 25: T-shirts, hats and jackets | | |
| K&N | Class 7: Air filters for motors and engines; air filter replacement elements for motors and engines; air filtration systems for stationary engines, namely, air cleaner assemblies, pre-cleaner air filter assemblies, air cleaner vent breather assemblies for motors and engines; air cleaner to carburetor adaptors for motors and engines; air cleaner and valve cover vent tube adaptor kits comprised of vent tube, screws, nuts and gasket for motors and engines; carburetor plenum chambers for motors and engines; | 3,546,897 | Dec. 16, 2008 |

| Mark | Goods | Reg. No. | Reg. Date |
|------|-------|----------|-----------|
| | air filter performance kits comprised of an air filter, intake tube, mounting brackets and hardware fuel injection kits comprised of air filters, tubing and brackets for motors and engines; parts and accessories for land and marine vehicles and aircraft, namely, air filters; cleaner assemblies; replacement parts for air cleaner assemblies; air cleaner/flame arrestor assemblies; pre-cleaner air filter assemblies; air cleaner vent breather assemblies; air filter replacement elements; air cleaner to carburetor adaptors; air cleaner and valve cover vent tube adaptor kits comprised of vent tube, screws, nuts and gasket; carburetor velocity stacks; carburetor recalibration kits comprised of air filters, jets, needles, clips washers, springs, screws and drills; fuel filters; fuel line "t" junctions<br><br>Class 16: printed matter, namely, automotive, motorcycle and marine equipment catalogs, vehicle decals, temporary tattoos, banners made of paper<br><br>Class 25: shirts, polo shirts, t-shirts, hats, caps, gloves and jackets | | |

| Mark | Goods | Reg. No. | Reg. Date |
|------|-------|----------|-----------|
|  | Class 7: Oil filters for motors and engines | 3,692,417 | Oct. 6, 2009 |
|  | Class 3:  Cleaning and degreasing agents and preparations for use in connection with automobile surfaces and parts, including air filters<br><br>Class 4: Automobile greases; air filter oil and grease<br><br>Class 7: Air filters for motors and engines; oil filters for motors and engines; air-intake tubes and filters for after-market installation of land and marine engines; air filters for industrial installations; air filter accessories<br><br>Class 11: Parts and accessories for ventilating equipment, namely, air filter pads, air cleaner assemblies, pre-cleaner, air filter assemblies and air filter replacement elements for industrial filtering units and air conditioning units<br><br>Class 25: Clothing, namely, sweat shirts and t-shirts; hats<br><br>Class 35: Online retail store services featuring automotive and industrial parts used to filter air and oil | 4,236,250 | Nov. 6, 2012 |

Rutan & Tucker, LLP
attorneys at law

2945/101525-0368
16784428.2 a08/17/21

COMPLAINT

| Mark | Goods | Reg. No. | Reg. Date |
|---|---|---|---|
|  | Class 3: Cleaning and degreasing agents and preparations for use in connection with vehicle and vehicle parts, including air filters<br><br>Class 4: Air filter oil and grease<br><br>Class 7: Air filters for motors and engines; air intakes for motors and engines; air cleaner assemblies for motors and engines; pre-cleaner air filter assemblies; air cleaner/flame arrestor assemblies; air cleaner vent breather assemblies; replacement parts for air cleaner assemblies; air intake tubes for motors and engines; intake airboxes for motors and engines; air cleaner to carburetor adaptors for motors and engines; air cleaner and valve cover vent tube adaptor kits comprised of vent tube, screws, nuts and gasket for motors and engines; carburetor plenum chambers for motors and engines; air filter performance kits comprised of an air filter, air intake tube, mounting brackets and hardware; carburetor velocity stacks; carburetor recalibration kits comprised of air filters, jets, needles, clips washers, springs, screws and drills; oil filters for motors and engines; fuel filters for motors and engines; fuel | 4,851,431 | Nov. 10, 2015 |

| Mark | Goods | Reg. No. | Reg. Date |
|------|-------|----------|-----------|
| | injection kits comprised of air filters tubing and brackets for motors and engines; fuel pumps for vehicles<br><br>Class 12: Fuel line "t" junctions<br><br>Class 16: Printed matter, namely, vehicle decals, temporary tattoos<br><br>Class 25: Clothing, namely, shirts, hats, gloves and jackets<br><br>Class 35: On-line retail store services featuring clothing and automotive products used in the filtration of air, oil, fluid and fuel | | |
|  | Class 3: Cleaning and degreasing agents and preparations for use in connection with vehicle and vehicle parts, including air filters<br><br>Class 4: Air filter oil and grease<br><br>Class 7: Air filters for motors and engines; air intakes for motors and engines; air cleaner assemblies for motors and engines; pre-cleaner air filter assemblies; air cleaner/flame arrestor assemblies; air cleaner vent breather assemblies; replacement parts for air cleaner assemblies; air intake tubes for motors and engines; intake airboxes for motors and engines; air cleaner to carburetor adaptors for motors and engines; air | 4,855,811 | Nov. 17, 2015 |

| Mark | Goods | Reg. No. | Reg. Date |
|---|---|---|---|
| | cleaner and valve cover vent tube adaptor kits comprised of vent tube, screws, nuts and gasket for motors and engines; carburetor plenum chambers for motors and engines; air filter performance kits comprised of an air filter, air intake tube, mounting brackets and hardware; carburetor velocity stacks; carburetor recalibration kits comprised of air filters, jets, needles, clips washers, springs, screws and drills; oil filters for motors and engines; fuel filters for motors and engines; fuel injection kits comprised of air filters tubing and brackets for motors and engines; fuel pumps for vehicles<br><br>Class 12: Fuel line "t" junctions<br><br>Class 16: Printed matter, namely, vehicle decals, temporary tattoos<br><br>Class 25: Clothing, namely, shirts, hats, gloves and jackets<br><br>Class 35: On-line retail store services featuring clothing and automotive products used in the filtration of air, oil, fluid and fuel | | |

24.    The current status and title information maintained by the USPTO and the Registration Certificates for each of these K&N Registrations are attached hereto as **Exhibit A** through **Exhibit G**.  The K&N Registrations are valid and subsisting

and in full force and effect, most of which have become incontestable in accordance with 15 U.S.C. sections 1065 and 1115(b), and constitute conclusive evidence of K&N's exclusive right to use the K&N Marks throughout the United States with respect to, *inter alia,* automotive components.

25.     Since its founding in 1964, K&N has committed significant amounts of time, effort and money over the course of more than fifty years to developing a widely respected reputation through which the K&N Marks have acquired secondary meaning indicating K&N as the source of its high-quality goods.  Thus, before the acts complained of in this Complaint, members of the general consumer population recognized the K&N Marks as exclusive source identifiers for goods originating from, sponsored or approved by K&N.

26.     On information and belief, K&N has the exclusive right to use the K&N Marks in interstate commerce, and K&N's use has been exclusive since it first adopted the K&N Marks, with the exception of unauthorized uses such as by Defendants as described in this Complaint.

27.     K&N has widely advertised, promoted, and marketed its goods under its K&N Marks in numerous and diverse advertising media to promote the strength and renown of its K&N Marks.  K&N has achieved a high level of commercial success in selling products bearing or sold in connection with its K&N Marks, and has built a valuable reputation and substantial goodwill, with which the K&N Marks have become synonymous.

28.     Moreover, K&N endeavors to maintain the reputation for quality associated with the K&N Marks.  Strict quality control standards are imposed in the offering of goods under the K&N Marks and, as such, only certain authorized resellers can distribute K&N products to end users while complying with those standards.  This preserves, *inter alia*, the safety, appearance, and packaging of K&N's automotive components.  K&N's adherence to only the highest quality standards has resulted in widespread and favorable public acceptance among

consumers for all goods offered under the K&N Marks.

29.     As a result, K&N's Marks identify K&N the exclusive source of the goods they are offered in connection with, and signifying goodwill of incalculable value.

### III.   K&N's Copyrights

30.     K&N markets and sells its goods in various mediums, including on the K&N Website.  The K&N Website is an original work of authorship, which includes original text and images.  The K&N Website, including the text and images featured thereon, is owned exclusively by K&N, which K&N has not authorized any third-party to reproduce, create derivative works based upon, or publicly display.

31.     K&N is the owner of valid and subsisting United States Copyright Registration No. VAu001439492 for certain pages of the K&N Website (with those copyrighted pages referred to herein as the "Copyrighted K&N Website"), which was issued by the United States Copyright Office on August 12, 2021, with such registration effective as of August 5, 2021.  The Copyright Registration for the Copyrighted K&N Website is attached hereto as **Exhibit H**.

32.     The Copyrighted K&N Website, and the text and images featured thereon, are wholly original, and K&N is the exclusive owner of all rights, title, and interest, including all rights under copyright, in the Copyrighted K&N Website.

33.     The Copyrighted K&N Website is published on the Internet and is thus accessible to the public.  The Copyrighted K&N Website is accompanied by an appropriate copyright notice indicating that K&N is the owner of all rights in the work.

34.     The Copyrighted K&N Website is of significant value to K&N because the K&N Website is the primary means by which K&N directly advertises and sells its products to consumers. As such, exploitation of the Copyrighted K&N Website yields significant pecuniary benefit to K&N.

## IV.   <u>Defendants' Unlawful Acts</u>

35.    Defendants have copied the proprietary images and text featured on the Copyrighted K&N Website, in addition to the K&N Marks, to sell automotive components purportedly originating from K&N on the KT Performance Websites without authorization from K&N.  Examples of such unauthorized use is shown below:

| Copyrighted K&N Website | KT Performance Websites |
|---|---|
|  https://www.knfilters.com/57-3022-2-performance-air-intake-system |  https://ktperformance.net/i-8549020-kn-intake-kit-chevy-1998-02-camaro-pontiac-98-02-firebird-5-7l-v8.html |
| https://www.knfilters.com/rk-3903-intake-system-harley-davidson |  https://ktperformance.net/i-8592970-kn-harley-davidson-sportster-1200cc-1991-97-air-filter-kit-round-mirror.html |



| Copyrighted K&N Website | KT Performance Websites |
|---|---|
| HOME / COLD AIR INTAKES / POWERSPORTS / RK-3924 K&N SPECIAL ORDERED INTAKE SYS-HARLEY | K&N, Harley Davidson Sportster 1200cc (1991-97) |
| https://www.knfilters.com/rk-3924-special-order-intake-sys-harley-davidson | https://ktperformance.net/i-8592976-kn-harley-davidson-sportster-1200cc-1991-97-air-filter-kit-teardrop-flamed.html |
| HOME / COLD AIR INTAKES / POWERSPORTS / RK-3901 K&N INTAKE SYSTEM-HARLEY DAVIDSON | K&N, Harley Davidson Big Twin 1340cc (1992-97) |
| https://www.knfilters.com/rk-3901-intake-system-harley-davidson | https://ktperformance.net/i-8592997-kn-harley-davidson-big-twin-1340cc-1992-97-air-filter-kit-round-mirror.html |
| HOME / COLD AIR INTAKES / CARS AND TRUCKS / 77-3063KTK K&N PERFORMANCE AIR INTAKE SYSTEM | K&N Air Intake Kit, Chevy/GMC (2004-05) Kodiak, |
| https://www.knfilters.com/77-3063ktk- | https://ktperformance.net/i-7832693-kn- |

| Copyrighted K&N Website | KT Performance Websites |
|---|---|
| performance-air-intake-system | air-intake-kit-chevy-gmc-2004-05-kodiak-topkick-6-6l-duramax.html |
|  |  |
| https://www.knfilters.com/57-1555-performance-air-intake-system | https://ktperformance.net/i-8599248-kn-57-series-generation-ii-air-intake-jeep-2006-10-grand-cherokee-v8-6-1l.html |

36.   As shown in the above images, the KT Performance Websites use the K&N Marks in connection with the unauthorized sale of purported K&N products:



*See* https://ktperformance.net/b-16635-kn.html.

37.   K&N has not authorized Defendants to use the proprietary images and text featured on the Copyrighted K&N Website to sell purported K&N products, nor has K&N authorized Defendants to use the K&N Marks in connection with their sale of those products.

38.   The proprietary images published on the Copyrighted K&N Website that have been copied by Defendants on https://ktperformance.net/ are attached hereto as **Exhibit I**.

39.     The proprietary images published on the Copyrighted K&N Website that have been copied by Defendants on https://ktinstockautoparts.com/ are attached hereto as **Exhibit J**.

40.     K&N never granted Defendants any commercial license, permission, or authorization to copy, use, publicly display, modify, create derivative works from or distribute the Copyrighted K&N Website or K&N Marks.

41.     As noted above, K&N enforces rigorous requirements for its authorized resellers as a means of safeguarding its brand reputation and ensuring the quality of its products.  Defendants are not authorized resellers of K&N products.

42.     K&N is informed and believes and based thereon alleges that Defendants willfully copied, created and publicly displayed derivative works based upon the Copyrighted K&N Website and the K&N Marks, and Defendants have thus infringed, and are still infringing, K&N's intellectual property rights as described herein, and that the Defendants will continue to do so unless this Court enjoins them from such conduct.

43.     K&N sent two cease and desist letters to KT Performance on April 23, 2021, and May 5, 2021.  KT Performance has refused to cease its unlawful conduct.

44.     On information and belief, infringing K&N's trademarks and copyrights in its website as described herein constitute unfair competition, as Defendants are able to profit at K&N's expense, siphoning off customers and causing other competitive harm and damages in an amount to be determined at trial.

**V.     Harm Suffered By K&N As A Result of Defendants' Acts**

45.     Defendants' acts have damaged and are damaging K&N's valuable intellectual property rights by creating the false impression that Defendants and/or their products are authorized, sponsored, endorsed, and/or approved by K&N when they are not.

46.     Defendants' advertising, offering for sale and sale of products that bear the K&N Marks, but that are not authorized K&N products, has caused and will

1   continue to cause irreparable harm to K&N and to the goodwill it owns in the K&N

2   Marks, and lost sales.  Upon information and belief, Defendants has received illicit

3   profits and wrongful gains through the unauthorized sale of products bearing the

4   K&N Marks.

5       47.     On information and belief, Defendants' use of K&N's trademarks and

6   copyrights in its website in order imply affiliation with or sponsorship by K&N and

7   is causing confusion, mistake, and/or deception among consumers and the relevant

8   public and trade as to the origin of Defendants' goods and services, resulting in

9   diverted sales and other competitive harm to K&N, causing damages in an amount

10  to be determined at trial.

## FIRST CLAIM FOR RELIEF

### (Trademark Infringement - 15 U.S.C. § 1114)

13      48.     K&N repeats and incorporates  herein by reference each and every

14  preceding allegation as though fully set forth herein.

15      49.     K&N is the owner of U.S. Registration Nos. 6,324,453, 4,855,811, and

16  4,851,431 for the K&N Marks.

17      50.     K&N first used the K&N Marks in commerce in connection with

18  automotive components at least as early as 1971, and has continued and expanded

19  use thereof up to the present.  Thus, long before the acts complained of herein,

20  members of the general consumer population recognized the K&N Marks as an

21  exclusive source identifier for accessories originating from, sponsored or approved

22  by K&N.

23      51.     The K&N Registrations are valid and subsisting and remain in full

24  force and effect as evidence of the validity thereof and K&N's ownership of the

25  K&N Marks.

26      52.     Defendants' unauthorized use in commerce of the K&N Marks as

27  alleged herein is likely to deceive consumers as to the origin, source, sponsorship, or

28  affiliation of Defendants' goods and is likely to cause consumers to believe,

Rutan & Tucker, LLP
attorneys at law

contrary to fact, that Defendants' goods are sold, authorized, endorsed, or sponsored by K&N, or that Defendants and/or its goods are in some way affiliated with or sponsored by K&N. Defendants' conduct therefore constitutes trademark infringement in violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1).

53.     On information and belief, Defendants are now committing the acts complained of above and have continued to do so in defiance of K&N's requests that they cease such acts. Thus, upon information and belief, Defendants have committed the foregoing acts of infringement with full knowledge of K&N's prior rights in the K&N Marks and with the willful intent to cause confusion and trade on K&N's goodwill.

54.     Defendants' acts and conduct constitute federal trademark infringement that has caused and, unless restrained and enjoined by this Court, will continue to cause a likelihood of consumer confusion, mistake, and deception.

55.     Defendants' acts of trademark infringement in violation of the Lanham Act have caused financial injury and damages to K&N and have been willful, making this an exceptional case within the meaning of the Lanham Act, 15 U.S.C. section 1117, thereby entitling K&N to damages, attorneys' fees, and costs.

56.     K&N is entitled to damages as a result of Defendants' actions and conduct and, because such damages alone do not provide K&N with an adequate remedy at law, K&N is also entitled to injunctive relief.

## SECOND CLAIM FOR RELIEF

### (Copyright Infringement)

57.     K&N repeats and incorporates herein by reference each and every preceding allegation as though fully set forth herein.

58.     The Copyrighted K&N Website is an original work of authorship and are a copyrightable subject matter under the laws of the United States, for which copyright protection exists under the Copyright Act, 17 U.S.C. § 101, *et. seq*.

59.     K&N is the exclusive owner of rights under copyright in and to the

1  Copyrighted K&N Website.  K&N owns a valid copyright registration for the

2  Copyrighted K&N Website, attached as **Exhibit H**.

3      60.    Defendants had access to the Copyrighted K&N Website via the

4  Internet because K&N used the Copyrighted K&N Website in its extensive

5  promotional efforts for its automotive components.

6      61.    Through Defendants' conduct alleged herein, including Defendants'

7  unlawful public display of the proprietary text and images featured on the

8  Copyrighted K&N Website without K&N's permission, Defendants have directly

9  infringed K&N's exclusive rights in the Copyrighted K&N Website in violation of

10  Section 501 of the Copyright Act, 17 U.S.C. § 501.

11      62.    On information and belief, Defendants were at all relevant times aware

12  that their use of the text and images on the Copyrighted K&N Website would

13  constitute copyright infringement.  K&N is informed and believes and on that basis

14  alleges that Defendants had full knowledge that their acts were wrongful and

15  unlawful and have continued to infringe said copyright throughout the United States

16  and the world.  Defendants' infringing acts were and continue to be committed

17  willfully.

18      63.    Based on the foregoing, K&N has suffered damage in an amount to be

19  determined at trial, and is entitled, to all damages K&N suffered, along with the

20  gains, profits and advantages derived by Defendants from the acts of infringement,

21  plus exemplary and punitive damage in an amount to be proven at trial.

22      64.    As a direct and proximate result of the Defendants' infringing conduct

23  alleged herein, K&N has sustained and will continue to sustain substantial,

24  immediate, and irreparable injury, for which there is no adequate remedy at law.  On

25  information and belief, unless Defendants' infringing conduct is enjoined by this

26  Court, Defendants will continue to infringe the Copyrighted K&N Website.  K&N

27  therefore is entitled to permanent injunctive relief restraining and enjoining

28  Defendants' ongoing infringing conduct.

Rutan & Tucker, LLP
attorneys at law

65.     Pursuant to 17 U.S.C. § 505, K&N further seeks to recover its costs and reasonable attorneys' fees.  As a result of Defendants' actions, K&N has and will incur attorneys' fees and court costs herein.

## THIRD CLAIM FOR RELIEF

### (False Designation of Origin – 15 U.S.C. § 1125(a))

66.     K&N repeats and incorporates  herein by reference each and every preceding allegation as though fully set forth herein.

67.     Defendants, either independently or through collaboration with one another, are using the K&N Marks in connection with their goods.

68.     On information and belief, Defendants use the K&N Marks in commerce, which use has been done with the deliberate intent of capitalizing and trading on the good will and reputation of K&N.

69.     Defendants' unauthorized use in commerce of the K&N Marks as alleged herein is likely to deceive consumers as to the origin, source, sponsorship, or affiliation of Defendants' goods, and is likely to cause consumers to believe, contrary to fact, that Defendants' goods are sold, authorized, endorsed, or sponsored by K&N, or that Defendants are in some way affiliated with or sponsored by K&N.

70.     Defendants' use in commerce of the K&N Marks in connection with their goods constitutes use of a false designation of origin and misleading description and representation of fact.

71.     By their acts as alleged herein, Defendants have falsely designated and represented goods sold in commerce in violation of 15 U.S.C. section 1125(a) and have otherwise used the goodwill of K&N to sell Defendants' own goods and otherwise competed unfairly with K&N.

72.     On information and belief, Defendants are now committing the acts complained of above and have continued to do so in defiance of K&N's request that they cease such acts.  Thus, upon information and belief, Defendants' conduct as alleged herein is willful and is intended to and is likely to cause confusion, mistake,

1  or deception as to the affiliation, connection, or association of Defendants with
2  K&N.

3      73.    Defendants' wrongful acts and conduct as alleged herein have
4  permitted or will permit them to generate substantial sales and profits on the
5  strength of K&N's substantial advertising, sales, consumer recognition, and good
6  will in connection with the K&N Marks.

7      74.    Defendants' acts of unfair competition by false designation of origin in
8  violation of the Lanham Act have caused financial injury and damages to K&N and
9  have been willful, making this an exceptional case within the meaning of the
10 Lanham Act, 15 U.S.C. section 1117, thereby entitling K&N to damages, attorneys'
11 fees, and costs.

12     75.    Defendants' acts and conduct constitute unfair competition that has
13 caused and, unless restrained and enjoined by this Court, will continue to cause
14 irreparable harm, damage, and injury to K&N's goodwill and business reputation.

15     76.    K&N is entitled to damages as a result of Defendants' actions and
16 conduct and, because such damages alone do not provide K&N with an adequate
17 remedy at law, K&N is entitled to injunctive relief.

18                    **FOURTH CLAIM FOR RELIEF**

19        **(Common Law Unfair Competition And Trademark Infringement)**

20     77.    K&N repeats and incorporates  herein by reference each and every
21 preceding allegation as though fully set forth herein.

22     78.    The foregoing acts and conduct of Defendants constitute unfair trade
23 practices and unfair competition under California common law.

24     79.    Defendants' actions and conduct in adopting and using the K&N Marks
25 in California constitutes trademark infringement under California common law.

26     80.    Defendants' acts have all caused damage to K&N, including incidental
27 and general damages, lost profits, and out-of-pocket expenses.  Defendants have
28 caused and, unless restrained and enjoined by this Court, will continue to cause

irreparable harm, damage, and injury to K&N, including but not limited to injury to K&N's goodwill and business reputation.

81.     On information and belief, Defendants' conduct was done with a conscious disregard of the rights of K&N and with the intent to vex, injure, or annoy such as to constitute oppression, fraud, or malice under California Civil Code section 3294, entitling K&N to punitive damages in an amount appropriate to punish or set an example of Defendants.

82.     K&N has no adequate remedy at law and K&N is being irreparably damaged by Defendants' acts in violation of California common law, entitling K&N to injunctive relief.

## **PRAYER FOR RELIEF**

WHEREFORE, K&N prays for judgment as follows:

83.     That defendants, and each of them, their officers, directors, partners, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through or under them, and any others within their control or supervision, and all others in active concert or participation with the above, be enjoined during the pendency of this action and permanently thereafter:

a.     From using the designation "K&N" in combination with other intellectual property belonging to K&N in the marketing, sales, distribution, promotion, advertising, identification, or in any other manner in connection with any automotive components in the United States;

b.     Copying, displaying, featuring or using the text and images on the Copyrighted K&N Website or any other copyrightable subject matter, or engaging in any act in violation of K&N's copyrights;

c.     Representing or implying that Defendants are in any way sponsored by, affiliated with, or endorsed or licensed by K&N.

84.     For an order requiring defendants to deliver to K&N's attorney within thirty (30) days after the entry of any preliminary or permanent injunction, to be

impounded or destroyed by K&N, all literature, signs, labels, prints, packages, wrappers, containers, advertising materials and any other items in their possession or control that contain the infringing designation "K&N" in combination with other intellectual property belonging to K&N;

85.    For an order requiring Defendants to file with the Clerk of this Court and serve K&N, within thirty (30) days after the entry of any preliminary or permanent injunction, a report in writing, under oath, setting forth in detail the manner and form in which defendants have complied with 1 through 2 above;

86.    For an award of defendants' profits and K&N's damages according to proof at trial, but no less than $75,000;

87.    For an order that Defendants account to K&N for any and all profits earned as a result of Defendants' acts of infringement in violation of K&N's rights under the Lanham Act and Copyright Act;

88.    For an award of three times K&N's damages or Defendants' profits in view of the intentional and willful nature of Defendants' acts, pursuant to 15 U.S.C. section 1117;

89.    For an award of punitive damages according to proof;

90.    For an award of reasonable attorneys' fees under 15 U.S.C. section 1117 and/or 17 U.S.C. section 505;

91.    For an award of pre- and post-judgment interest at the highest rate allowed by law;

92.    For an award of costs and disbursements incurred in this action; and

93.    For such further relief as this Court shall deem just and proper.

Dated:  August 17, 2021                    RUTAN & TUCKER, LLP
                                           STEVEN J. GOON
                                           SARAH GILMARTIN


                                           By: _____
                                              Steven J. Goon
                                              Attorneys for Plaintiff
                                              K&N ENGINEERING, INC.

1

## **DEMAND FOR JURY TRIAL**

2

      K&N hereby demands a jury trial in this action.

3

Dated:  August 17, 2021                 RUTAN & TUCKER, LLP

4

                                           STEVEN J. GOON
SARAH GILMARTIN

5

6

7

                           By: _____

8

                              Steven J. Goon
Attorneys for Plaintiff
K&N ENGINEERING, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Rutan & Tucker, LLP
attorneys at law