Steven J. Goon (State Bar No. 171993)
sgoon@rutan.com
Sarah Gilmartin (State Bar No. 324665)
sgilmartin@rutan.com
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, CA 92612
Telephone: 714-641-5100
Facsimile: 714-546-9035
Attorneys for Plaintiff
K&N ENGINEERING, INC.

BERKES CRANE ROBINSON & SEAL LLP
Peter J. Marcus (SBN 202602)
  pmarcus@bcrslaw.com
515 South Figueroa Street, Suite 1500
Los Angeles, California 90071
Telephone:   (213) 955-1150
Facsimile:   (213) 955-1155
Attorneys for Defendant,
KT PERFORMANCE, INC.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| K&N ENGINEERING, INC., a California corporation,<br><br>           Plaintiff,<br><br>      v.<br><br>KT PERFORMANCE, INC., a Florida corporation, and DOES 1 through 10, inclusive,<br><br>           Defendants. | CASE No. 5:21-cv-01390-JGB-KK<br><br>**ORDER GRANTING STIPULATION FOR PERMANENT INJUNCTION** |

The Court, have read and considered the Stipulation for Permanent Injunction entered into by and between Plaintiff K&N Engineering, Inc. ("Plaintiff") and Defendant KT Performance, Inc. ("Defendant") (collectively, the "Parties") and filed on January 21, 2022, HEREBY ORDERS:

NOW THEREFORE it is agreed and stipulated that:

1. Defendant and its partners, agents, servants, employees, confederates, successors, assigns, and all persons acting for, with, by, through, or

under them, and any others within their control or supervision, and all others in active concert or participation with them are hereby restrained and enjoined from:

    a. Using in any manner Plaintiff's Marks alone or in combination with any word or words which so resemble said trademarks as to be likely to cause confusion, deception, or mistake on or in connection with the advertising, offering for sale, or sale of any product not Plaintiff's, or any product not expressly authorized by Plaintiff to be sold in connection with Plaintiff's Marks;

    b. Reproducing, distributing, or publicly displaying any unauthorized or infringing copies of Plaintiff's Copyrighted Work;

    c. Using any false designation of origin or false description, which can or is likely to lead the trade or public or individuals erroneously to believe that any product, item, or thing has been manufactured, produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Plaintiff, when such is not true in fact; and

    d. Assisting any party in committing the acts described above.

2. Notwithstanding the foregoing, Defendant shall not be precluded from, and may use and include the images shown in Exhibit A attached to the Stipulation in connection with advertising those products shown being offered for sale by Defendant and may also show any images of Plaintiff's products Defendant is offering for sale and/or selling.

3. The Parties have had the opportunity to consult with legal counsel of their choice and are fully informed and aware of the legal effect and consequences of this Stipulated Injunction.

4. The Court shall retain jurisdiction over this matter subsequent to the dismissal of the action for the purpose of enforcing the Parties' Settlement Agreement and this Injunction. Defendant otherwise reserves and preserves any and all objections it may have as to personal jurisdiction.

5. Each Party to bear its own costs and fees.

IT IS SO ORDERED.

DATED: February 2, 2022

Hon. Jesus G. Bernal
United States District Court Judge